FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY -9 PM 12: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 05-20170-B |
| ) | |
| BENITA ROGERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON GUILTY PLEA

This cause came on to be heard on May 5, 2005, the United States Attorney for this District, Vivian Donelson, appearing for the Government and the defendant, Benita Rogers, appearing in person and with counsel, Leslie Ballin, representing the defendant.

With leave of the Court and through counsel, the defendant entered a plea of guilty to Counts 1 of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

**SENTENCING** is hereby **SET** on **THURSDAY, AUGUST 11, 2005, at 1:30 p.m., in Courtroom No.1, on the 11th floor before Judge J. Daniel Breen.**

The defendant is allowed to remain released on present bond.

**ENTERED** this the ___9th___ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20170 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT